**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MELVIN MORALES,

Plaintiff,

v. Case No. 3:26-cv-600-MMH-LLL

BAH LOGISTICS, LLC, and
INFINITE TRUCKING COMPANY, LLC,

Defendants.
_________________________________/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Combined Motion to Alter or Amend Judgment, or for Relief From Judgment, and for Leave to File Second Amended Complaint (Doc. 58; Motion), filed August 4, 2026. Upon review, it appears that Plaintiff Melvin Morales has failed to provide certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that he has conferred with opposing counsel in a good faith effort to resolve the issues raised by the Motion and advising the Court whether counsel agrees to the relief requested. Therefore, the Court will direct Morales to file a supplement (1) certifying that he has conferred with

opposing counsel and (2) indicating whether counsel agrees on the resolution of the Motion, as Local Rule 3.01(g) requires.

Accordingly, it is **ORDERED**:

Melvin Morales is **DIRECTED** to file a supplement by **August 10, 2026,** certifying that he has conferred with opposing counsel and indicating whether counsel agrees on the resolution of Plaintiff's Combined Motion to Alter or Amend Judgment, or for Relief from Judgment, and for Leave to File Second Amended Complaint (Doc. 58).

**DONE AND ORDERED** in Jacksonville, Florida, on August 6, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

lc36
Copies to:
Counsel of Record